IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J. NORTON,

        Plaintiff,

v.                                                                              4:07cv476-WS

WILLIAM McCOOL,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        Before the court is the magistrate judge's report and recommendation (doc. 4)

docketed November 15, 2007.  The magistrate judge recommends that this action be

dismissed.  The plaintiff has filed objections (doc. 9) to the report and recommendation.

        The court having considered the record in light of the plaintiff's objections, it is

ORDERED:

        1.  The magistrate judge's report and recommendation (doc. 4) is ADOPTED and

incorporated by reference into this order.

        2.  The plaintiff's petition for writ of mandamus and this action are hereby

DISMISSED under 28 U.S.C. § 1915(g).

        3.  The Clerk shall enter judgment accordingly.

DONE AND ORDERED this ___11th___ day of __January___, 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE